**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1020**

MERCY OLUMOYA,

                Plaintiff - Appellant,

        v.

PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS,

                Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, Senior District
Judge.  (8:08-cv-01769-PJM)

Submitted:  August 26, 2010          Decided:  August 31, 2010

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Mercy Olumoya, Appellant Pro Se.  Robert Judah Baror, Abbey G.
Hairston, Linda Hitt Thatcher, THATCHER LAW FIRM, Greenbelt,
Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mercy Olumoya seeks to appeal the district court's order granting defendant's motion for summary judgment on her employment discrimination claims. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on September 21, 2009. The notice of appeal was filed on December 30, 2009. Because Olumoya failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2